# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| THOMAS RILES,  |  |
|---|---|
| Plaintiff, |  |
| vs. | 2:18-cv-02307-JCM-VCF |
| TREASURE ISLAND, LLC, *et al.*, | **ORDER** |
| Defendants. |  |

Before the court is the Proof of Security Costs Bond (ECF NO. 12). This does not comply with the Court's Orders Granting Demand for Security Costs (ECF Nos. 14 and 15). Original bonds must be filed with the court. One bond must be filed for each defendant.

DATED this 10th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE