Sean K. Claggett, Esq.
Nevada Bar No. 008407
Jennifer Morales, Esq.
Nevada Bar No. 008829
Shannon L. Wise, Esq.
Nevada Bar No. 014509
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
jmorales@claggettlaw.com
swise@claggettlaw.com
*Attorneys for Plaintiff, Thomas Riles*

UNITED STATES DISTRCT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS RILES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, a Nevada Limited Liability Company; BOTTLING GROUP, LLC d/b/a PEPSI BEVERAGES COMPANY, a Delaware Limited Liability Company; DOE PEPSI EMPLOYEE I, and Individual; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive.<br><br>Defendants. | CASE NO.: 2-18-cv-02307-JCM-VCF<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |
| TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, a Nevada Limited Liability Company,<br><br>Cross-Claimant,<br><br>vs.<br><br>BOTTLING GROUP, LLC d/b/a PEPSI BEVERAGES COMPANY, a Delaware Limited Liability Company; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive, | |

|     |     |
| --- | --- |
|     | Cross-Defendants. |
| TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, a Nevada Limited Liability Company, | |
|     | Third-Party Plaintiff, |
| vs. | |
| NEW BERN TRANSPORT CORPORATION, A Delaware Corporation; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive. | |
|     | Third-Party Defendants. |

Plaintiff, THOMAS RILES, by and through his counsel of record, CLAGGETT & SYKES LAW FIRM; and Defendant, TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, by and through its counsel of record KRAVITZ, SCHNITZER, & JOHNSON, CHTD.; Defendant BOTTLING GROUP, LLC d/b/a PEPSI BEVERAGES COMPANY, by and through its counsel of record HARPER SELIM, and Defendant NEW BERN TRANSPORT CORPORATION, by and through its counsel of record HARPER SELIM, hereby stipulate as follows:

The parties stipulate to allow Plaintiff to Amend his Complaint to substitute NEW BERN TRANSPORT CORPORATION in place of a Roe Business Entity.

The parties further stipulate to allow Defendant TREASURE ISLAND, LLC d/b/a TREASURE ISLAND to amend its cross claim to name Defendant NEW BERN TRANSPORT CORPORATION.

/ / /

/ / /

/ / /

/ / /

CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
702-655-2346 • Fax 702-655-3763

CASE NAME: <u>Riles v. Treasure Island, LLC, et al</u>
CASE NUMBER: 2-18-cv-02307-JCM-VCF

A proposed Amended Complaint is attached hereto as Ex. "1."

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 4th day of March , 2019.<br>CLAGGETT & SYKES LAW FIRM<br><br>*/s/ Sean K. Claggett*<br>_____<br>Sean K. Claggett, Esq.<br>Nevada Bar No. 008407<br>Jennifer Morales, Esq.<br>Nevada Bar No. 008829<br>Shannon L. Wise, Esq.<br>Nevada Bar No. 014509<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff, Thomas Riles* | DATED this 4th day of March, 2019.<br>HARPER SELIM<br><br>*/s/ James E. Harper*<br>_____<br>James E. Harper, Esq.<br>Nevada Bar No. 9822<br>1707 Village Center Circle, Suite 140<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant Bottling Group, LLC d/b/a Pepsi Beverages Company and New Bern Transport Corporation* |
| DATED this 4th day of March, 2019.<br>KRAVITZ, SCHNITZER & JOHNSON, CHTD.<br><br>*/s/ Adam J. Wax*<br>_____<br>Martin J. Kravitz, Esq.<br>Nevada Bar No. 83<br>Adam J. Wax, Esq.<br>Nevada Bar No. 12126<br>8985 . Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>*Attorneys for Defendant, Treasure Island, LLC d/b/a Treasure Island* | |

CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
702-655-2346 • Fax 702-655-3763

CASE NAME: <u>Riles v. Treasure Island, LLC, et al</u>
CASE NUMBER: 2-18-cv-02307-JCM-VCF

## **ORDER**

Based upon the above stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiff be allowed to Amend his Complaint to substitute NEW BERN TRANSPORT CORPORATION in place of a Roe Business Entity.

**IT IS FURTHER ORDERED** that Defendant TREASURE ISLAND, LLC d/b/a TREASURE ISLAND be allowed to amend its cross claim to name Defendant NEW BERN TRANSPORT CORPORATION.

**IT IS FURTHER ORDERED** that Plaintiff be allowed to file his proposed Amended Complaint.

DATED this 4th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
CLAGGETT & SYKES LAW FIRM

*/s/ Sean K. Claggett*
_____
Sean K. Claggett, Esq.
Nevada Bar No. 008407
Jennifer Morales, Esq.
Nevada Bar No. 008829
Shannon L. Wise, Esq.
Nevada Bar No. 014509
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
*Attorneys for Plaintiff, Thomas Riles*