Sean K. Claggett, Esq.
Nevada Bar No. 008407
Jennifer Morales, Esq.
Nevada Bar No. 008829
Shannon L. Wise, Esq.
Nevada Bar No. 014509
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
jmorales@claggettlaw.com
swise@claggettlaw.com
*Attorneys for Plaintiff, Thomas Riles*

UNITED STATES DISTRCT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS RILES, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, a Nevada Limited Liability Company; BOTTLING GROUP, LLC d/b/a PEPSI BEVERAGES COMPANY, a Delaware Limited Liability Company; DOE PEPSI EMPLOYEE I, and Individual; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive. <br><br> Defendants. | CASE NO.: 2-18-cv-02307-JCM-VCF <br><br> **<u>STIPULATION AND ORDER TO DISMISS BOTTLING GROUP, LLC D/B/A PEPSI BEVERAGES COMPANY WITHOUT PREJUDICE</u>** |
| TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, a Nevada Limited Liability Company, <br><br> Cross-Claimant, <br><br> vs. <br><br> BOTTLING GROUP, LLC d/b/a PEPSI BEVERAGES COMPANY, a Delaware Limited Liability Company; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive, | |

|   |   |
|---|---|
| | Cross-Defendants. |
| | TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, a Nevada Limited Liability Company, |
| | Third-Party Plaintiff, |
| | vs. |
| | NEW BERN TRANSPORT CORPORATION, A Delaware Corporation; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive. |
| | Third-Party Defendants. |

Plaintiff, THOMAS RILES, by and through his counsel of record, CLAGGETT & SYKES LAW FIRM; and Defendant, TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, by and through its counsel of record KRAVITZ, SCHNITZER, & JOHNSON, CHTD.; Defendant BOTTLING GROUP, LLC d/b/a PEPSI BEVERAGES COMPANY, by and through its counsel of record HARPER SELIM, and Defendant NEW BERN TRANSPORT CORPORATION, by and through its counsel of record HARPER SELIM, hereby stipulate as follows:

The parties stipulate to dismiss Defendant BOTTLING GROUP, LLC d/b/a PEPSI BEVERAGES COMPANY without prejudice, all sides to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

CASE NAME: <u>Riles v. Treasure Island, LLC, et al</u>
CASE NUMBER: 2-18-cv-02307-JCM-VCF

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 4th day of March, 2019.<br>CLAGGETT & SYKES LAW FIRM<br><br> */s/ Sean K. Claggett*<br>_____<br>Sean K. Claggett, Esq.<br>Nevada Bar No. 008407<br>Jennifer Morales, Esq.<br>Nevada Bar No. 008829<br>Shannon L. Wise, Esq.<br>Nevada Bar No. 014509<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff, Thomas Riles* | DATED this 4th day of March, 2019.<br>HARPER SELIM<br><br> */s/ James E. Harper*<br>_____<br>James E. Harper, Esq.<br>Nevada Bar No. 9822<br>1707 Village Center Circle, Suite 140<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant Bottling Group, LLC d/b/a Pepsi Beverages Company and New Bern Transport Corporation* |
| DATED this 4th day of March, 2019.<br>KRAVITZ, SCHNITZER & JOHNSON, CHTD.<br><br> */s/ Adam J. Wax*<br>_____<br>Martin J. Kravitz, Esq.<br>Nevada Bar No. 83<br>Adam J. Wax, Esq.<br>Nevada Bar No. 12126<br>8985 . Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>*Attorneys for Defendant, Treasure Island, LLC d/b/a Treasure Island* | |

CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
702-655-2346 • Fax 702-655-3763

CASE NAME: <u>Riles v. Treasure Island, LLC, et al</u>
CASE NUMBER: 2-18-cv-02307-JCM-VCF

**ORDER**

Based upon the above stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED** that Defendant BOTTLING GROUP, LLC d/b/a PEPSI BEVERAGES COMPANY be dismissed without prejudice, all sides to bear their own fees and costs.

DATED March 7, 2019.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
CLAGGETT & SYKES LAW FIRM

*/s/ Sean K. Claggett*
_____
Sean K. Claggett, Esq.
Nevada Bar No. 008407
Jennifer Morales, Esq.
Nevada Bar No. 008829
Shannon L. Wise, Esq.
Nevada Bar No. 014509
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
*Attorneys for Plaintiff, Thomas Riles*