JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:     (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant/Cross-Claimant*
*New Bern Transport Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS RILES, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, a Nevada Limited Liability Company; NEW BERN TRANSPORT CORPORATION, a Delaware Limited Liability Company; DOE EMPLOYEE I, and Individual; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants.<br><br>NEW BERN TRANSPORT CORPORATION,<br><br>Cross-Claimant,<br><br>vs.<br><br>TREASURE ISLAND, LLC d/b/a TREASURE ISLAND; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Cross-Defendants. | CASE NO.:   2:18-cv-02307-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING THE TIME:**<br><br>**FOR NEW BERN TRANSPORT CORPORATION TO FILE ITS ANSWER TO TREASURE ISLAND, LLC d/b/a TREASURE ISLAND'S CROSS-CLAIM**<br><br>**and**<br><br>**FOR TREASURE ISLAND, LLC d/b/a TREASURE ISLAND TO FILE ITS ANSWER TO NEW BERN TRANSPORT CORPORATION'S CROSS-CLAIM** |

1

IT IS HEREBY STIPULATED by and between Defendant/Cross-Claimant, NEW BERN TRANSPORT CORPORATION, by and through its attorneys, HARPER | SELIM, and Defendant/Cross-Claimant, TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, as follows:

1. New Bern Transport Corporation will have until April 19, 2019 to file its Answer to Treasure Island, LLC d/b/a Treasure Island's Cross-Claim; and

2. Treasure Island, LLC d/b/a Treasure Island will have seven (7) days after New Bern Transport Corporation files its Answer to Treasure Island, LLC d/b/a Treasure Island's Cross-Claim to file its Answer to New Bern Transport Corporation's Cross-Claim.

DATED this 8th day of April, 2019.

HARPER SELIM

  /s/ Sabrina G. Wibicki  
James E. Harper  
Nevada Bar No. 9822  
Sabrina G. Wibicki  
Nevada Bar No. 10669  
1707 Village Center Circle, Suite 140  
Las Vegas, Nevada 89134  
*Attorneys for Defendant/Cross-Claimant*  
*New Bern Transport Corporation*

DATED this 8th day of April, 2019.

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

  /s/ Adam J. Wax  
Martin J. Kravitz  
Nevada Bar No. 83  
Adam J. Wax  
Nevada Bar No. 12126  
8985 Eastern Avenue, Suite 200  
Las Vegas, Nevada 89123  
*Attorneys for Defendant/Cross-Claimant*  
*Treasure Island, LLC d/b/a Treasure Island*

CASE NAME: Thomas Riles v. Treasure Island, LLC, et al.
CASE NUMBER: 2-18-cv-02307-JCM-VCF

**ORDER**

Based upon the above stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that New Bern Transport Corporation will have until April 19, 2019 to file its Answer to Treasure Island, LLC d/b/a Treasure Island's Cross-Claim.

IT IS FURTHER ORDERED that Treasure Island, LLC d/b/a Treasure Island will have seven (7) days after New Bern Transport Corporation files its Answer to Treasure Island, LLC d/b/a Treasure Island's Cross-Claim to file its Answer to New Bern Transport Corporation's Cross-Claim.

DATED THIS 8th day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

HARPER SELIM

_____/s/ Sabrina G. Wibicki_____
James E. Harper
Nevada Bar No. 9822
Sabrina G. Wibicki
Nevada Bar No. 10669
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
*Attorneys for Defendant/Cross-Claimant*
*New Bern Transport Corporation*