JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendants/Cross-Claimants/Cross-Defendants*
*New Bern Transport Corporation and Joseph Cobb*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS RILES, an Individual, | CASE NO.: 2:18-cv-02307-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, a Nevada Limited Liability Company; NEW BERN TRANSPORT CORPORATION, a Delaware Limited Liability Company; JOSEPH COBB, an Individual; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, | |
| Defendants. | |
| TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, a Nevada Limited Liability Company, | |
| Cross-Claimant, | |
| vs. | |
| NEW BERN TRANSPORT CORORATION, a Delaware Corporation; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive, | |
| Cross-Defendant. | |

1

|   |   |
|---|---|
| 1 | NEW BERN TRANSPORT CORPORATION, |
| 2 |   |
| 3 | Cross-Claimant, |
| 4 | vs. |
| 5 | TREASURE ISLAND, LLC d/b/a TREASURE ISLAND; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive, |
| 6 |   |
| 7 | Cross-Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff, THOMAS RILES, by and through his counsel of record, CLAGGETT & SYKES LAW FIRM, Defendant/Cross-Claimant/Cross-Defendant, TREASURE ISLAND, LLC d/b/a TREASURE ISLAND, by and through its counsel of record, KRAVITZ, SCHNITZER & JOHNSON, CHTD, and Defendants/Cross-Defendants/Cross-Claimants, NEW BERN TRANSPORT CORPORATION and JOSEPH COBB, by and through their counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice, including all cross-claims, each party to bear their own attorney fees and costs.

DATED this 29th day of April, 2020.          DATED this 5th day of May, 2020.

CLAGGETT & SYKES LAW FIRM                   KRAVITZ, SCHNITZER & JOHNSON, CHTD

/s/ Shannon L. Wise

SEAN K. CLAGGETT                              MARTIN J. KRAVITZ
Nevada Bar No. 8407                           Nevada Bar No. 83
JENNIFER MORALES                              ADAM J. WAX
Nevada Bar No. 8829                           Nevada Bar No. 12126
SHANNON L. WISE                               8985 Eastern Avenue, Suite 200
Nevada Bar No. 14509                          Las Vegas, Nevada 89123
4101 Meadows Lane, Suite 100                  *Attorneys for Defendant/Cross-Claimant/*
Las Vegas, Nevada 89107                       *Cross-Defendant Treasure Island, LLC d/b/a*
*Attorneys for Plaintiff*                     *Treasure Island*

DATED this 5th day of May, 2020.

HARPER | SELIM

/s/ Sabrina G. Wibicki

JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1707 Village Center Circle, Suite 140
Las Vegas, NV 89134
*Attorneys for Defendants/Cross-Claimants/Cross-Defendants*
*New Bern Transport Corporation and Joseph Cobb*

## ORDER

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences and deadlines are VACATED. The Clerk of Court is directed to CLOSE THIS CASE.

DATED May 6, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

3